IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| HOWARD INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-CV-168 |
| | ) | |
| BADW GROUP, LLC, and | ) | |
| BRANDON WALDROP, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held January 24, 2019, and for the reasons set forth in the findings of fact and conclusions of law filed this date, it is **ORDERED** that plaintiff Howard Industries, Inc. is awarded damages of $384,314.88 plus interest from May 6, 2016, at the postjudgment interest rate in effect on that date, from defendants BADW Group, LLC, and Brandon Waldrop, jointly and severally.

**IT IS SO ORDERED.**

ENTER:

_____
s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ John Medearis
CLERK OF COURT